UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | CV 13-9203 DSF (FFMx) | Date | 12/19/13 |
|---|---|---|---|
| Title | Richard S. Chang, et al. v. Virtual Radiologic Professionals of California, P.A., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order REMANDING Case to Superior Court

   This case was removed based on diversity jurisdiction.  Putting aside the issue of whether Defendant Virtual Radiologic Professionals of California, P.A. – a California corporation – was fraudulently joined, Defendant has not established the citizenship of Defendant Virtual Radiologic Professionals, LLC because the Court is given no information about its members.  See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen).

   The case is REMANDED to the Superior Court of California, County of Los Angeles.

   IT IS SO ORDERED.